

# Fourth Court of Appeals
## San Antonio, Texas

June 7, 2021

No. 04-21-00097-CV

**IN THE INTEREST OF E.I.W.**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI20395
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Appellant Wesley Wetz has filed a notice of appeal from the trial court's order modifying the parent-child relationship. Court reporters Judy Stewart and Judy Busbee-Mata have filed notification of late reporter's records stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record. On March 1, 2021, the appellant filed a Statement of Inability to Afford Payment of Court Costs in the trial court. We construe the notifications of late reporter's record filed by court reporters Stewart and Busbee-Mata as motions under Texas Rule of Civil Procedure 145(f)(3).

We ORDER the trial court to set and give ten days' notice of an oral hearing on the Rule 145(f)(3) motion. *See* TEX. R. CIV. P. 145(f)(5). If the trial court orders appellant to pay any part of the costs, the court must make detailed findings that appellant can afford to pay them. *See id*. 145(f)(6). Any hearing must be held no later than **July 7, 2021**, and a supplemental record containing the court's order and any findings must be filed in this court within three days of the hearing.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court